UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUINOX HOLDINGS, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 20-cv-2485-H(BLM)<br><br>**ORDER VACATING SETTLEMENT DISPOSITION CONFERENCE** |

On September 29, 2021, the parties filed a Joint Stipulation Request for Dismissal Pursuant to F.R.C.P. Rule 41(a). ECF No. 17. Because the parties have filed their joint motion to dismiss, all pending dates scheduled before the Honorable Barbara L. Major, including the Settlement Disposition Conference scheduled for September 30, 2021, are hereby vacated.

**IT IS SO ORDERED**.

Dated: 9/29/2021

*Barbara L. Major*
Hon. Barbara L. Major
United States Magistrate Judge